IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Stacie Riley, on behalf of herself
and all other persons similarly
situated, known and unknown,

      Plaintiffs,

vs.

D. Loves Restaurants, LLC,
a New Mexico Limited Liability
Company, and Donald Love
and Jane Doe Love, a married couple,

      Defendants.

Case No. 1:20-cv-01085-WJ-KK

## **NOTICE OF SETTLEMENT**

Defendants hereby notify the Court that the parties have resolved the dispute underlying the above-captioned proceeding and are preparing the documents necessary to release and dismiss all the claims that we, our could have been, raised in this lawsuit.

The parties will present the proposed terms of settlement to the Court for its review and approval.

Respectfully submitted,

LITTLER MENDELSON, P.C.

*/s/ Charlotte Lamont*
Charlotte Lamont
201 Third Street, NW, Suite 500
Albuquerque, NM  87102
505.944.9682 (telephone)
505.213.0415 (facsimile)
clamont@littler.com

ATTORNEYS FOR DEFENDANTS

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants this 16th day of February, 2021:

Clifford P. Bendau, II
Christopher J. Bendau
Bendau & Bendau PLLC
P.O. Box 97066
Phoenix, AZ  85060
cliffordbendau@bendaulaw.com
chris@bendaulaw.com

James L. Simon
Law Offices of Simon & Simon
5000 Rockside Road
Liberty Plaza, Suite 520
Independence, OH  44131
jameslsimonlaw@yahoo.com


*/s/ Charlotte Lamont*
Charlotte Lamont

4813-3096-8540.1 110199.1001