IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Stacie Riley, on behalf of herself
and all other persons similarly
situated, known and unknown,

       Plaintiffs,                              Case No. 1:20-cv-01085-WJ-KK

     vs.

D. Loves Restaurants, LLC,
a New Mexico Limited Liability
Company, and Donald Love
and Jane Doe Love, a married couple,

       Defendants.

**JOINT MOTION FOR ORDER APPROVING RESOLUTION OF WAGE CLAIMS**

The above-named Parties announce to the Court that they have resolved all matters in controversy between them, and hereby stipulate to the voluntary dismissal of this action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a). The Parties also move this Court for an Order approving the terms of the Confidential Settlement Agreement and Full and Final Release of Claims agreed to and executed by them and for dismissal of the claims raised in this action under the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA"), the New Mexico Minimum Wage Act, NMSA 1978, § 50-4-19 to 50-4-30 ("MWA"), and the Albuquerque Minimum Wage Ordinance § 13-21-1, et seq.

As grounds for this Motion, and as more fully set forth in the accompanying Memorandum, the Parties would respectfully show that this agreement is a fair and reasonable compromise of a disputed claim. Accordingly, the Parties jointly request that this Motion be granted. A proposed Order will be submitted to the Court's Chambers.

Respectfully submitted this 22nd day of March, 2021.

                LITTLER MENDELSON, P.C.

                */s/ Charlotte Lamont*
                Charlotte Lamont
                201 Third Street, NW, Suite 500
                Albuquerque, NM  87102
                505.944.9682 (telephone)
                505.213.0415 (facsimile)
                clamont@littler.com

                ATTORNEYS FOR DEFENDANTS

                BENDAU & BENDAU PLLC

                *Approval given 2.22.21*
                Clifford P. Bendau, II
                Christopher J. Bendau
                P.O. Box 97066
                Phoenix, AZ  85060
                cliffordbendau@bendaulaw.com
                chris@bendaulaw.com

                LAW OFFICES OF SIMON & SIMON

                James L. Simon
                5000 Rockside Road
                Liberty Plaza, Suite 520
                Independence, OH  44131
                jameslsimonlaw@yahoo.com

                ATTORNEYS FOR PLAINTIFFS

4851-0666-5179.1