IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Stacie Riley, on behalf of herself
and all other persons similarly
situated, known and unknown,

        Plaintiffs,                      Case No. 1:20-cv-01085-WJ-KK

    vs.

D. Loves Restaurants, LLC,
a New Mexico Limited Liability
Company, and Donald Love
and Jane Doe Love, a married couple,

        Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

This matter comes before the Court on Defendants' Unopposed Motion to Dismiss with Prejudice ("Motion") pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, filed May 3, 2021 (Doc. 22)..  The Court, having reviewed the Motion and being otherwise fully advised in the premises, FINDS the Motion well-taken. The Court also DENIES AS MOOT the following motions: Defendant's Joint Motion for Order Approving Resolution of Wage Claims (Doc. 14) and Defendant's Joint Motion to Seal Exhibit to Joint Motion for Order Approving Resolution of Wage Claims (Doc. 15).

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the above-captioned proceeding is hereby dismissed with prejudice, with each party to bear his, her, or its own attorneys' fees and costs.

                                              WILLIAM P. JOHNSON
                                              CHIEF UNITED STATES DISTRICT JUDGE